**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-02465-LTB-KMT

GE CAPITAL FRANCHISE FINANCE CORPORATION,

       Plaintiff,

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, and
CHICAGO TITLE INSURANCE COMPANY,

       Defendants.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 30 - filed June 20, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                   BY THE COURT:

                                     s/Lewis T. Babcock
                                   Lewis T. Babcock, Judge

DATED:   June 21, 2011